IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED

17 MAR 22 AM 12: 11

SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

United States of America,

    Plaintiff,

-vs-

Asante Hill,

    Defendant.

Case No. 3:16-cr-144

Magistrate Judge Ovington

## ORDER

On oral motion of the Defendant in open court, in accordance with the provisions in Title 18 of the United States Code, § 3161, the Defendant in the above case, Asante Hill, hereby waives his right to a speedy trial for the purpose of moving to suppress evidence through a hearing before the Court. The hearing [is currently set for May 24, 2017]. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 3/21/17

_____
United States Magistrate Judge

Defendant: [signature]

Defense Counsel: [signature] Erin Uppenkamp
[signature]