IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-cr-144 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| ASANTE HILL, | : | |
| Defendant. | : | |

**ENTRY PLACING DEFENDANT
ON PREJUDGMENT PROBATION**

Upon Motion of Defendant Hill, and for good cause shown, Defendant is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant on probation for a period of one (1) year. While on probation, the Defendant shall not commit another federal, state, or local crime and shall not use or possess any illegal controlled substances. The Defendant is prohibited from possessing a firearm, ammunition, destructive device, or dangerous weapon. Additionally, the Defendant shall must not unlawfully possess a controlled substance and refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within 15 days of being placed on probation and at least two periodic drug tests thereafter. The Defendant shall also comply with the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, as well as the Special Condition that Defendant : (1) participate in any substance abuse testing and/or treatment program deemed necessary by the U. S. Probation Office. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant's completion of the probationary period.

                 s/Sharon L. Ovington
                 Sharon L. Ovington
                 United States Magistrate Judge